UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FLUOR CORPORATION on behalf of
FLUOR CORPORATION EMPLOYEES' DEFINED
RETIREMENT PLAN and FLUOR CORPORATION
SALARIED EMPLOYEE'S SAVINGS INVESTMENT PLAN,
PLAINTIFF(S)    JUDGMENT IN A CIVIL CASE

VS

NANCY LEE BURGESS (ABERNATHY),
PAUL GORDON BURGESS, (individually    CASE NO: 08-2010-V
and as representative for the Estate of PAUL BRIAN
BURGESS, AMIE TORRES aka AMIE BURGESS and
DAVID ALAN STANLEY aka DAVID SCOTT BURGESS,
DEFENDANT(S)

DECISION BY COURT. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that in accordance with the Order Granting Default Judgment entered May 16, 2008, the Order Granting Disbursement of Funds entered June 19, 2008 and the Qualified Domestic Relations Order entered June 19, 2008, pursuant to FRCP 41, Judgment is awarded in favor of the defendant Nancy Lee Burgess Abernathy.

APPROVED:

s/Diane K. Vescovo
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

 March 27, 2009                    Thomas M. Gould
Date                               Clerk of Court


                                    S/Betty Guy
                                   (By) Deputy Clerk